Same case below, 340 Fed. Appx. 639.

**No. 09-8740. Derrick Bush, Petitioner v. United States.**

559 U.S. 985, 130 S. Ct. 1721, 176 L. Ed. 2d 202, 2010 U.S. LEXIS 1979.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 301 Fed. Appx. 317.

**No. 09-8743. Miguel Vega-Cosme, Petitioner v. United States.**

559 U.S. 985, 130 S. Ct. 1721, 176 L. Ed. 2d 202, 2010 U.S. LEXIS 1970.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-8748. David Anthony Mosca, Petitioner v. Dale Artus, Superintendent, Clinton Correctional Facility.**

559 U.S. 985, 130 S. Ct. 1721, 176 L. Ed. 2d 202, 2010 U.S. LEXIS 1984.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-8749. Marlon A. White, Sr., Petitioner v. United States.**

559 U.S. 985, 130 S. Ct. 1721, 176 L. Ed. 2d 202, 2010 U.S. LEXIS 1931.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 584 F.3d 935.

**No. 09-8750. Francisco Medina Castaneda, Petitioner v. United States.**

559 U.S. 985, 130 S. Ct. 1721, 176 L. Ed. 2d 202, 2010 U.S. LEXIS 1916.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 337 Fed. Appx. 678.

**No. 09-8753. Mieko Choniece Jackson, Petitioner v. United States.**

559 U.S. 985, 130 S. Ct. 1721, 176 L. Ed. 2d 202, 2010 U.S. LEXIS 1966.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 356 Fed. Appx. 4.

**No. 09-8761. Abrar Haque, Petitioner v. United States.**

559 U.S. 985, 130 S. Ct. 1722, 176 L. Ed. 2d 202, 2010 U.S. LEXIS 1980.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-8763. Fabian Fuentes-Valdiva, Petitioner v. United States.**

559 U.S. 985, 130 S. Ct. 1722, 176 L. Ed. 2d 202, 2010 U.S. LEXIS 1919.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 333 Fed. Appx. 889.

**No. 09-8764. Sheila Margaret Hayford, Petitioner v. United States.**

559 U.S. 985, 130 S. Ct. 1722, 176 L. Ed. 2d 202, 2010 U.S. LEXIS 1999.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 354 Fed. Appx. 720.